1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9

| | | |
|---|---|---|
| 10 | ROBERT LUSK,                               ) | No. 1:08-CV-01400-AWI-DLB |
| 11 | Plaintiff,              ) | ORDER VACATING AND DENYING |
| 12 | v.                               ) | MOTION FOR DEFAULT JUDGMENT |
| 13 | CENTRAL PORTFOLIO CONTROL,     ) | [Document # 6] |
| | INC.,                                      ) | |
| 14 | Defendant.               ) | |
| 15 | _____) | |

16

17      Based on the parties' foregoing stipulation and GOOD CAUSE APPEARING

18   THEREFORE, IT IS HEREBY ORDERED THAT:

19      1.      The Motion for Default Judgment filed by Plaintiff is denied without prejudice as

20              moot;

21      2.      The entry of default is vacated; and

22      3.      Defendant's answer shall be filed and served within seven (7) days of Defendant's

23              counsel's receipt of this Order.

24

25   IT IS SO ORDERED.

26   **Dated:    November 4, 2008**              _____/s/ Anthony W. Ishii_____
                                              CHIEF UNITED STATES DISTRICT JUDGE
27
28