Christopher D. Holt, Bar No. 228399
W. Jason Scott, Bar No. 222204
KLINEDINST PC
4 Hutton Centre Drive, Suite 675
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com
jscott@klinedinstlaw.com

Attorneys for Defendant
CENTRAL PORTFOLIO CONTROL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| ROBERT LUSK, | Case No.   1:08-CV-01400-AWI-DLB |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST TO APPEAR AT SCHEDULING CONFERENCE TELEPHONICALLY AND ORDER** |
| v. | |
| CENTRAL PORTFOLIO CONTROL, INC., | Date:           January 6, 2009<br>Time:           8:30 a.m.<br>Courtroom:   #9 (6th Floor)<br>Judge:          Anthony W. Ishii<br>Magistrate Judge:  Dennis L. Beck |
| Defendant. | |

The undersigned, counsel of record for Defendant, Central Portfolio Control, Inc., hereby respectfully requests the Court's permission to participate by telephone in the Scheduling Conference scheduled for January 6, 2009 at 8:30 a.m.  Counsel's office is located in Orange County, California and as such telephonic participation in the Scheduling Conference would eliminate the significant expenditure of time and resources involved in travel to and from Fresno.  For the convenience of the Court, counsel will

///
///
///
///
///

- 1 -

1 coordinate a timely call to chambers, should this request be granted.

KLINEDINST PC

DATED: December 5, 2008    By: /s/ Christopher D. Holt
                               CHRISTOPHER D. HOLT
                               Attorneys for Defendant
                               CENTRAL PORTFOLIO CONTROL, INC.

710527v1

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

**PROPOSED ORDER**

Upon good cause showing, permission is hereby granted for Christopher D. Holt, counsel of record for Defendant, Central Portfolio Control, Inc., to participate by telephone in the Status conference scheduled for January 6, 2009 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: 11 December 2008_____/s/ Dennis L. Beck___
_____
                                    Hon. Dennis L. Beck
                                    United States Magistrate Judge