Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
5055 Wilshire Blvd, Suite 300
Los Angeles, CA 90036
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff

FILED
APR 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| ROBERT LUSK<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CENTRAL PORTFOLIO CONTROL, INC<br><br>　　　　Defendant. | Case No.<br>1:08–CV–01400–AWI–DLB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Plaintiff, ROBERT LUSK, filed the present action against CENTRAL PORTFOLIO CONTROL, INC on or about 9/18/2008. CENTRAL PORTFOLIO CONTROL, INC filed its response to the complaint on 11/13/2008. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

///

///

| | | |
|---|---|---|
| 1 | Dated: 3/20/09 | KROHN & MOSS, LTD. |
| 2 | | /s/ Nicholas J. Bontrager |
| 3 | | Nicholas J. Bontrager, Esq. |
| | | Attorney for Plaintiff, |
| 4 | | ROBERT LUSK |
| 5 | Dated: 3/20/09 | KLINEDINST PC |
| 6 | | /s/ Christopher D. Holt |
| 7 | | Christopher D. Holt, Esq. |
| | | Attorney for Defendant, |
| 8 | | CENTRAL PORTFOLIO CONTROL, INC |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 4-27-09

~~DENNIS L. BECK~~ A. W. ISHII
U.S. ~~MAGISTRATE~~ DISTRICT JUDGE

2

Stipulation of Dismissal and [Proposed] Order